IN THE DISTRICT COURT OF OHIO , USA

CIVIL ORIGINAL JURSIDICTION

WRIT PETITION (CIVIL)                    / 22

Noor Ayesha NH

R/a,

  Queen's Girls pg

3Main, 3Cross, AC post, Vyalikaval

HBCS Layout, Nagawara Banglore  560045

FILED
RICHARD W. NAGEL
CLERK OF COURT
1/5/2023

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

...Petitioner

VS

1  AHMED HUSSAIN NH S/D/W/Thru:- LATE ABDUL HAMEED

  NO. 43, 8TH CROSS, 4TH MAIN, BRINDAVAN NAGAR, HBR LAYOUT,

  1ST STAGE, 2ND BLOCK, BANGALORE 43 ,BANGALORE , KARNATAKA

2  NASREEJ TAJ S/D/W/Thru:- AHAMED HUSSAIN NH

  NO. 43, 8TH CROSS, 4TH MAIN, BRINDAVAN NAGAR, HBR LAYOUT,

  1ST STAGE, 2ND BLOCK, BANGALORE 43 ,BANGALORE , KARNATAKA

3  PERVEEZ HUSSAIN NH S/D/W/Thru:- AHAMED HUSSAIN NH

  FLAT NO. 201, NAAZ HERITAGE, 9 MAIN, HBR LAYOUT, 1 STAGE, 3

BLOCK, BANGALORE ,BANGALORE , KARNATAKA

4. SUMAIYA S/D/W/Thru:- PERVEEZ HUSSAIN NH

  FLAT NO. 201, NAAZ HERITAGE, 9 MAIN, HBR LAYOUT, 1 STAGE, 3

BLOCK, BANGALORE ,BANGALORE , KARNATAKA

5. NUZHATH SHUYAB KHAN S/D/W/Thru:- SHUYAB MOHAMMED MUJAHID KHAN

6. RASHEEDA JAN MUJAHID N.H

   S/D/W/Thru:- MOHAMMED MUJAHIDULLA KHAN

7. MOHAMMED MUJAHIDULLA KHAN

8. KHURSHEED AHMED N.H

   S/D/W/Thru:- LATE ADBUL HAMEED

9. MAHABOOB PASHA N H

   S/D/W/Thru:- LATE ABDUL HAMEED

10.    NUSRATH UNNISA

   S/D/W/Thru:- MAHABOOB PASHA N H.

13 MOHAMMED SHADAB

   S/D/W/Thru:- MAHABOOB PASHA N H.

14 YASMEEN SULTANA

   S/D/W/Thru:- MOHAMMED ISMAIL

15 MOHAMMED ISMAIL

All 5 to 15 are residing at address            :

R/A: NO. 46/2, 10TH MAIN, 1 STAGE, NEAR WATER TANK BTM

LAYOUT BANGALORE ,BANGALORE , KARNATAKA

16 SHAFI AHAMED N H

S/D/W/Thru:- LATE ABDUL HAMEED

R/A: SITE 1,4 MAIN, 3 CROSS, SIDDIQUE NAGAR, MYSORE

,MYSORE , KARNATAKA

17 SHARFUNNISA

S/D/W/Thru:- C SHAFI AHAMED N H

R/A: SITE 1,4 MAIN, 3 CROSS, SIDDIQUE NAGAR, MYSORE

,MYSORE , KARNATAKA

18 ABID HUSSAIN N S

S/D/W/Thru:- SHAFI AHAMED N H

R/A: SITE 1,4 MAIN, 3 CROSS, SIDDIQUE NAGAR, MYSORE

,MYSORE , KARNATAKA

19 FIRDOUS TABASSUM

S/D/W/Thru:- SHAFI AHAMED N H

R/A: SITE 1,4 MAIN, 3 CROSS, SIDDIQUE NAGAR, MYSORE

,MYSORE , KARNATAKA

20 GHOUSE JAAN N H

S/D/W/Thru:- MOHAMMED ILYAS

R/A: NO. 46/2, 10TH MAIN, 1 STAGE, NEAR WATER TANK BTM

LAYOUT BANGALORE ,BANGALORE , KARNATAKA

37 MD ZAKIR

THROUGH NAGAMANAGLA TOWN POLICE STATION

NAGAMANAGAL ATALUK, MANDYA DIST. ,MANDYA ,

KARNATAKA

38 FAYAZ

THROUGH NAGAMANAGLA TOWN POLICE STATION

NAGAMANAGAL ATALUK, MANDYA DIST. ,MANDYA ,

KARNATAKA

39 Irfan Alias Jamal Abdul Naseer

Nomadic,Kammanhalli, Bangalore ,India

40. Ghazala Alias Tahassum Ara

Nomadic,MAlleshwaram, Bangalore ,India

41. Md Samiullah

Nomadic,BTM LAyout, Bangalore ,India

42. Md Ilyas

R/A: NO. 46/2, 10TH MAIN, 1 STAGE, NEAR WATER TANK BTM

LAYOUT BANGALORE ,BANGALORE , KARNATAKA

43 Basheer Ahmed

Nomadic, BTM Layout, Bangalore, India

44 shakeel

nomadic , btm layout, banaglore

45. khalak

46 Naseem

    Nomadic btm layout bangalore

47 mizba haleema sadia

nomadic, whitefield , bangalore

48 Rubina Mujeeb Mujahid

    Nomadic,Jeddah, Saudi Arabia            ….Respondent


The hon'ble chief Justice of

And his companion judges of the

Hon'ble District Court of OHIO, USA

                Th humble civil petition

                Of the above petitioner named

**MOST RESPECTFULLY SHOWETH**:

1  The petitioner is filing writ petition in nature of Habeas corpus. Since she was falsely used by conspiring fight by her parents to send their daughter in law Sumaiya

1. Petitioner marriage was arranged with Gulraiz Ahmed without her consent .He was known person who visit native house with his family/school and events/college and her parents declined proposal.

2. In 2005, her father had asked her to meet Gulraiz ahmed along with five other proposal as alliances received from matrimonial agents .They started calling and abusing during final year exam and she declined and her parents declined them . Her brother started letting them even after her parents asked him to stop doing. Gulraiz's and his friend started troubling when she came to BE final year project at NAL campus, following on way while she was staying at aunt Rasheeda Jaan house , at college to meet her as well represting as interviewer from companies Wipro, infosys, Unisys ,Optm Media .She changed number and they asked principal to share her number .They stayed in her hostel B block as interviewer , provoking her friend , troubling lecturer ,calling politician standing on terrace of hostel, and asking people from all over world to visit hostel one night before her exam asking her opinion over call infront of them and in presence of her parents/ brother / relatives and she had declined as her parents declined .After graduation she stayed in native for month applied for job from

native. When she came to join course in Bangalore she was followed by these people and she had informed her parents to decline the proposal. When went to attend interview she was followed by them as interviewers at walkin drive. She was again sent proposal by same people and she declined in 2006 ,her brother forcefully taken her to Gulraiz relative house and she declined. To put pressure on her he did minor bike skid etc.In 2007 she joined company  and brother threatened her to meet Gulraiz else he will give police complaint if she don't meet his family on way to her company at Banaglore. Gulraiz started following her at each company by standing outside, following auto, his brother and mother blocked her auto started pulling hand took watch,  referring for interview at wipro .These alliances started sending proposal individually each year following near offices and she declined his proposal .In 2014 even Gulraiz agagin sent proposal from shaadi.com and she declined.Her brother invited him and came to her office to pick her t avoid her reaching police .Even after rejecting in first meet  her brother took parents by  involving relatives to meet him ,arranging marriage date without informing her, booking hall etc even after declining.After marriage Gulraiz asked her divorce on 3days ,verbally abusing ,demanding money and his mother too join him and kept her away from house sending

her often scolding not allowing her to talk to Gulariz at house as well.In one month brother came to office to meet her on pretext to give her lunch box enquiring asking to inform parents involved relatives to end her marriage , started pretending of searching alliances for himself , abusing gulraiz by visiting home/calling/text and went to USA to avoid court case till her divorce confirm ,visiting to office with father, when parents called Gulraiz to discuss abusing by scolding when he came home later taking to give lunch ,brother went to office on day of divorce and joined to drop them. Soon brother planned North inda trip looking alliance .After we went to see few profiles including sumaiya(known childhood person who was visiting house at native showing interest on him with her family even after declining , competing with her, cursing), whose profile recieved from matrimonial agent.On Feb , 2016 elder brother Perveez Hussain NH married Sumaiya.

3. From next day of marriage she started picking quarrel at home and visit her parents house often.She was not along her to speak to her brother as well parents.Petitioner asked her parents she will travel abroad and her brother planned honeymoon to Malaysia/Singapore/thailand to leave india on pretetxt. After she returned started stopping from entering kitchen, snatching from

hand, hiding her personal belongings, spilling food when she was eating, screaming near door/windows, picking verbal arguments, pretending before brother .Brother too joined her taking late night shifts at office to avoid quarrels by her, provoke her parents infront of us by inviting for function. Sumaiya concieved in 15 days used pretend as sick, threatening of doing harm to her more infront of petitoner parents and parents asked her to leave separate to which she declined .Her parnets were not willing to keep her .She had scolded Sumaiaya for troubling and informed her brother as well.

4. Petitioner parents came to her roam asking to trouble sumaiya saying nobody will say anything to which she refused.On next day 24.8.2017 brother came to celebrate birthday to create sumaiya jealouse and she pretend as well.After that her parents came to roam forcing to pout sleeping tablets threatening of proving her insane and her mothger holding her hands only to provoke.On 25.8.2017 Petitioner parents asked her to go with her brother unusually to attend her cousin Mizba haldi ceremony saying they will accompany later even after declining.Her relative Ghouse jaan started enquiring , yasmeen started cursing as "house breaker". After function deliberately aunt Ghouse jaan with her two daughter Taskeen Ilyas , Sarah ilyas came to stay overnight with intention to

create false evidence keeping court in mind as they never stayed at house from time our house splitted at native. While she entered bathroom she was blocked by sumaiya and went to bed room to lie before brother .Father who was watching pretending of reading quran came from back started hiotting her neck and she was holded tightly by her brother and aunt ghouse jaan holding her hand .She was pulled with hair , by father this hype was created at early morning waiting cook to create second evidence. Aunt ghouse jaan set sumaiya and she started pretending by crying profusely. Brother took opportunity to drop her first.She was stopped from leaving house by auint ghouse jaan telling her " anbhaye not ganbhaye " father stomped from giving police complaint saying as it was him who hitted her. Next day she left house to resign HP job , give police complaint to file WP at SCI and travel abroad after initiating her visa.Her manage did not accept resignation forcing to do layoff , she had contacted 2 advocates one sachin pahwa, siji maya, adv from mumbai and shipla shard (who kept threatening demanding money of 4 laks asking to come to her home, she went to discuss she delayed threatening of giving Police complaint if she doesnot travel abroad and file any complaint on her family).As her divorce letter was left in hurry she went to take and she was stopped by her

parents , brother from leaving by taking appointment for neck injury.

5. In 5days, threatening by uncle safiullah to create false medical prescription from psychologists  "to map her brain" threatening when she refused by dragging .She was taken forcefully ,created false prescription from Vikram hospital in 1 week.She went to file complaint , shilpa shard without asking she started asking money of 1.2laks for session whereas she went for consultation. During that time she abused her .

6. In 15 days, when she recieved her first letter from HP on layoff she left to office to inform  of not coming to reach SCI.As it was holiday  , her father snatched bag checked letter ,brother following to her HP office with father threatened of giving complaint.

7. In 15days another time father started punching her, pulling her legs on sofa and was taken to clinic Specialty at HBR Layout .Uncle khursheed came to enquire her on pretext and called relatives to abuse her doing function of sumaiya "god bharaye" where sumaiya lied as she was attacked and her elder sister recorded. She went to give complaint to reach SCI  adv shilpa

sharad when came to know stopped her again by showing high court counter. She received fake call from lady lieing as UK visa consulate forcing to change date to Feb 2017.

8. Her brother started picking quarrel at home and left house by climbing walls to leave house on Feb 2017.Her relatives came and sent him and abused her.She was taken to house in area on pretext for parents and her to stay.Shilpa shard stopped her from giving complaint once again.

9. On day Feb ,when she left to travel SCI , she was called from uk consulate saying her visa appointment cancelled at 10.30 am even before scheduled time 2.45 pm  from Delhi. She rescheduled to May 2017.

10. And on April her last day confirmed.She left office to travel Delhi she was called by her father asking to come home by stopping her .

11. While she was packing to leave on May 2017, she was called by Fujitsu company pressurising to attend interview got from galssdoor even after declining they pressurised offering for uk ,

issuing offer for May 2017 enquired they got referred from brother as well and considering only galssdoor. She declined and they pressurised to join .In 15days she resigned to travel and she was asked to pay to company to which she refused.

12. During that time Sandisk started pressuring to attend interview and she declined they scheduled interview , issued offer took her sign by calling to office by pressuring. She went to office on date of joining to inform of not joining to avoid buy ouy amount and she was hired. On 13 Dec 2017, she had called ex colleague to enquire on hostel to resign , travel and later declined of coming .On way while connected to resign , her manager created trouble asking to complete on boarding formalities not letting to resign.She was called by her ex-colleauge(Kalyani) pressuring to come her home for 5minutes to search hostel for her even after declining .She went for 5minutes and pressurised to stay for night, next day did rounds of hostel of marathalli lied as she searching. She payed her 2ooo/ She gave complaint to Vimochana who did not attend.

13. On17 Dec 2017 , she was left to SCI stopped/tortured again by parents and she gave complaint to KSCW on 17DEc 2017.

14. She left to SCI on 20Dec 2017 .She was forcefully taken by uncle safiullah to aunt Faheem unnisa house by not letting her reach SCI .

15. Jan1 2018 , she went to reach SCI, on way auto went in wrong direction , her bag was snatched by marathalli pg who had seen asking her to pay amount .She went to police who did not take complaint and she payed amount to return her bag she was forced by HOSTEL to take after 3days.She was sent messages by mizba on watsapp, cousin abid posting pics of grand mother on watsapp group chat and she went shilpa sharad who lied of sending legal notice and called her family by taking 10000/.Unlc safiullah came to meet her at Ng road banaglore pretending seeing public.

16. She was called for grand mother funeral on 7jan 2018 abusing by relatives and she went to shilpa who took her to ulsoor gate police who did not attend and she had instructed to cover face , not to say anything .After she returned she started scolding.

17. On 21 jan 2018 , she was called by aunt faheem unnisa along with uncle safiullah to visit her at maulana bangalore asking to pay 1.5laks she declined and she was asked to come home to show near

RT Nagar maulana..She was asked to vacate her hostel by uncle Khursheed , cusin abid asking to call them to pick her on way .She was forced to meet maulana with parents, brother at Mysore for family healing pretext. She declined,pressurized by uncle safiullah whose permission was taken by uncle Khursheed Ahmed.On way to restaurant she was aused by brother that she having extra affair with her class mate Amjed.She scolded hiom for name spoiling.As he is habitual in spoiling name and pretending decent behavior before people.At mysore she relaise they brought pot having her name written with cover put on stove to heat.She left to Bangaore and she was slapped by her uncle safi ahmed when she informed aunt faheem unnisa , brother snatched mobile and lied as she having 15spirits.He started tearing pant pocket and taking photos to pretend.Her bag was snatched by and went cousin firdouse house which is nearby where she was dragged from outside gate by firdouse and locked from inside and cousin abid, khursheed started making video to create hype to gather public to spoil her name as well threaten her.Her family sat on sofa and father again put hand on her mouth dropped on sofa  when she called police for help, dropped on grund and fordoiuse telling others to pull and give pain killers later and make her loose.She was again tortured by holding tightly when she called for help by opening windon abid standing

outside pushing hands and to close lieing as she is mentally ill and doctor on way . uncle khurhseed sending people who came to help and call police threatening of involving into court case to few Nigerians. Abid entered threatening of calling ladies police and with there help giving sleeping injection to complete the entire drama. Maulana was called who she informed seeing her warned them of doing illegal acts and they thraetend and brother showed arrogant by giving him reply. She left house she was followed by uncle khursheed and her parents snatching her bag , stopping aunto and brother abid, perveez hiding behind car watching buses going.Her parents called aunt faheem to pick her from bus stop and took photos by uncle khursheed.So they repeated this .After she reached she was picked by her uncle safiiullah from bus stop even after declining dropped her to aunt faheem unnisa who took her to clinic , called there lawyer friend who asked not to file complaint , asked her to show to relatives raqeeb and dropped her to house.

18. She left in Jan 24 2018 to SCI after office.Her manager started asking passport original even after sharing soft copy and returned.Then on april when she was resigning immediately layed off forcing to give hand resignation letter ,HR mentioned of collecting .She received offer from BCT consultancy in may, quest

in june. she declined all offers to travel SCI..Again when parents verbally tortured went to kr nagar who pressurized to adopt kid and leave separate. And dell emc offered in july to join for 3 aug she declined she was forced for 13 aug join to give documents even after showing no interest to travel SCI.

19. On 4 aug 2018, When harassed by parents doing gass lighting ,aunt fajeem unnisa booked appointment of parents, her forcefully, forced to visit psychiatrist Dr B kapoor( family doctor of aunt Faheem unnisa and friend of uncle samiulah helps them to harass people).She went to ulsoor gate PS saw same police standing and she left. She was presurised by her ex colleague shshidhar who knew this .She was taken by parents and she informed DR of there intentions and he gave false prescription(schizophernia), asking father to register even came out pretending to avoid his staff seeing.Same day she went to Apollo hospital , jp nagar who declined to give correct statement by knowing on criminal act of Dr B Kpoor.

20. On 4 aug 2018 she went to Manipal hospital ,Banaglore and he gave correct prescription mentioning her fitness. She was threatened by Govt hospitals : Baptist, Nimhans to certify fitness i

by knowing Dr Kapoor criminal acts. She stayed till sept 18 for eve Bakrid .

21. Dell EMC called by lieing as client introduction , hired sameday when she went to inform of not joining .She left to SCI on 21 aug , On way , her bag stolen by same marathalli pg asking ola cab to come near his pg , asking to pay, take bags after 1.5 months.She was harassed by relatives calling , safiullah 10 time, faheem unnisa messaging pretending.She went to COP bangalore Bhaskar Rao and told about Pg , Doctor.He started supporting him. .She was pressurized by ex colleague to give complaint to NGO Vanitha Sahaya Vani whereas she was travelling and have no ineterst.She gave company on pg as well DR. Her parents called through neigbhour abdul Huq to close and come back.VSV Counselllor Iqbal , abused her, closed by taking withdraw statement. While she was on way to airport auto stooped before heenur stop seeing lauggage ,she went to home .

22.Her mother pretend of sick and went to hospital after torturing with faher. From there we went to native where uncle mahaboob pasha picked quarrel with aunt nusrath unnisa , left house to banaglore .She was given bag and she wento aunt yasmeen house

who asked herto call uncle khursheed who asked her to meet at mandya busstop and pretened before hotel seeing camera asking her to go KR nagar to meet aunt ghouse jaan and ilya.There she was asked to stay for 5 day asking to take house at mysore/kr nagar etc.She was asked to meet abuid to get rented house at Mysore .She went to Mysore where she was asked to buy rented house by taking in name of uncle khursheed for 1lak and utensils approximate 50000/ .She was forced to bring her parents by uncle Shafi Ahmed and parents picked quarrel .At mysore they arranged house warming and picked quarrel asking her to stay at at aunt rasheeda house, even after declining, aunt raqeeb house, aunt faheem hlouse, house by unc;e shafi ahmed harassing eher alternate days.She was forced t attaedn function of madeeha son by uncle ilya s as well his shop opening function .From teher we went o KR Nagar where brother /Sumaiaya pretened from way and picked quarrel abusing her with relatives .Parents picked quarrel lied to uncle shafi ahmed as she beated him asking abid to book cab to return. Next day uncle shafi ahmed started troubling her to leave house.She vacated house with only furniture left.

24. On Jan 2019 , She was called by cousin abid on way to airport asking to kjoin pg to avpoid her travel .She went to EMC to resign to travel SCI , Her manager was not letting her by avoiding as well

monitoring. She stayed in PG varthur till Jun to resign 2019 and accept ohio Dayton MS offer and payed to university 1.45lakhs. She started recieving messages from abid about y axis s to pretend, uncle khursheed calling to vacate house, uncle safiullah sending message of address of unlce Khalleel address mentioning death .

22. Uncle mahabbob pasha inviting for function pressuring by taking house near her parents house. She resigned in July 2019 to travel  SCI and her manager forced to buyout and she payed.She went to collet documents transcript/wes Canada from house she was tortured by parents, pg calling even after leaving she went to enquire on her roam vacated .The new manager picked quarrel and they booked room online.She left iin 15days when they did not give her letter of address proof and cousin bushra called from aunt rahseed number pressuring to visit and stay, scaring by taking pic, banaging doors,windows to threaten  asking to vacate and dropped to home .

23. At home parents , tortured, She was harassed by cousin bushra forcing to meet her brother/aunt rasheeda , sending boys profile to marry , forcing to buy house .Her parents torturing by creating halciyon effect with relatives .Arizona USA took US appointment cancelled by emabassay due to heavy application. She  took uk

appointment which was cancelled due to heavy application.She was pressurized to buy house and father picked quarrel.She was followed by father , mother when went to shobha builder to see house and pretended infront of them.She was pressurised by builder by sending messages to book for 4laks booking.She had payed to pg pannathiur 3000/ to saty till recovery by builder.She did not stay .She was harassed cousin bushra asked to meet aunt rasheeda house where unlce khursheed,nuzhatha and uncle mujahaid, parents, brother picked quarrel.

24. She went to builder, PG pannathur to return amount .PG owner showed room pressuring with bill to stay .She stayed for 1 week. She went to mahadev pura ps who did not attend.She went home to take her offer letters.Unlce ilyas asked to collect.She left PG.

25. Parents shifted to rented house temporarily with lies to create as she torturing them , screaming telling stories at morning tearing her documents. etc.At home father came and hitting with dupata frok backside, asking mother to call brother, snatching mobile when called police , infront of servant pretended of being attacked calling her sister ghouse jaan who was screaming to take her belongings.She rejoined same pg due to fever.

26. she was pressuised by Tech M to join by asking to sign letter even after declining .She was harassed by cousin rasheeq running behind her outside, calling and touching pretending of not recognizing seeing camera at ceiling of ODC  .She followed next date at canteen by involving colleague She went to lawyer Fathima who took 8000/ to file complaint and took her to family court.Next day asking to visit.On way she was followed by uhncle Safiullah near RT Nagar TV Tower. She went to adv Kamal who threw copy saying he will file.When agreed he took 10000 to issue  notice. .She resigned in Feb 2020 and went home to take her passport (which was expired).

27. She was followed by Nuzhath at phoenix mall , banagalore near pg.She gave online complaint to Karnataa Stata Police.

28. Parents left house with brother to native,She took passport and her clothes.New tenant was instructed by father to close gate and they returned pretended infornt of packers, who broke table while shifting and owner gave till 10 days.She left in 3days to complaint to Nagamangala Town PS due to lockdown no vehicles to reach

SCI.The agent lied as house available at Mandya road where she grown up later lied to take for few days at TB .

29. Complaint given to Nagamangala Town PS on March .She was followed by police involving khaleel, zakir , hidayat informed and family friend of her family, who started abusing involving town tahsildar. Khaleel asking her hindu owners to vacate. She gave complaint to SP/PMO/SCI grievience.She left in 10days as police was not letting her to travel.Owners deudcted 30000/.

30. She took house at Mandya Road, owners Amjed/Chadnai kept harassing.There son taking her lapotop on pretext of repair, never returned.

31 She was followed by aunt yasmeen , mahaboob pasha staring at her,sending uncle altaf asking to come by altering house(father habitual of lieing) . She left in 4 months to shift to bansglore.

32 She was harassed by kamal to pay 50000/ to file injunction and when he did no she asked to return and he abused by not returning .She was followed by zakir with wife to KSRTC bus stop and she called police.

32   She gave complaint to Marathalli PS after reaching varthur and taking rented house.The auto person started troubling and police did not attend where brother lied as she committing suicide.She was made to wait till 9pm.

31. She gave complaint to KSCW/KSHRC who transferred to Varthur PS.The father came with brother giving self statement as they will not contact to close the issue of harassment which they did .Police started abusing her.

32. She went to home of parents .She was tortured again by bembala sending wrong messages as she is sick to support ill acts of Dr Kapoor.She went to varthur PS who called parents and took statements.

33. She was tortured she went to KG halli PS where Imran started troubling and officer took false statements in absence.She informed police to rectify and they were rectified.

34. She was tortured by father screaming late night.She went to adv bharath who started drafting on his own forcing to give ACP , show his acknowledgement , take hlouse even after declining.

35. She went to house at HBR Layout and spoke to adv Kotwal.

33 She was called by nagamangala constable asking to visist on old complaint and father payed 4000 to pretend .Later attacked next day she went home and complaint given FIR 0134/20 happened. Unlce Khursheed came with people to station pretending changing body language etc to divert attention abusing outside station to stay in shop attach to house etc.

34.She was again attacked by uncle mahaboob pasha closing door by going in scooty, aun nusrath snatching bag and shadab doing video.Making her stand whole night outside house abusing and leing to Police on patrol as she giving threat to get police help and unlce khursheed standing calling khalleel to abuse outside lieing as owner of house to Police. When police vsisted forcing to sign letter by unlce khursheed. She gave complaint to S.P. The advocates started taking money to file from 5K - 50K and did not file. Her parents, brother and relatives filed false cases.

12

And Order 7 Rule 1 of CPC at City Civil Court on 17.12.2020 and 6.1.2021 respectively. A true copy of Civil Case O.S. dated 14.07.2020 is annexed herewith as ANNEXURE P 19/20/21 from page No. 93 to 110, 111 to 126, 127 to 157 respectively along with copy of ANNEXURE P 22 as page no. 158.


2.34 She came to know 3cases filed on her by giving her wrong address and third petition parties wrong address. The security person was not letting her to vacate house as she wanted to travel to Supreme court of India. She gave letter to CJI on these cases and went to vacate again security person started troubling .She came to to file Crl. W.P. No.96/2021 at Supreme Court of India on 05.02.2021 on these cases and writ not allowing to include prohibition from troubling asking to file separate petition at District Court due to which she filed C.S. before Patiala Court to grant injunction .The clerk started filing T.P. even after asking not to file and in CS case was dismissed by Court due to which she filed lett5er to reopen case which was not accepted and again she gave letter to .withdraw which was dragged for several days.She was called by Munna along with his friend Fayaz mentioning of death occurred in her relatives and one advocate started asking money to give complaint to Delhi police after money was payed started

13

sending complaint to DCP Bangalore even after asking not to send to Bangalore police and started pressuring her to visit Bangalore police .

2.35 She went to vacate her house and security was not allowing her .She went to City Civil Court to give her statements and Advocates Sneha Sri started asking her written statement a copy outside court andshe gave complaint to Commissioner of Police Bangalore. Advocate Javeed S's Assistant was not allowing her to say anything before Court and court did not accept her written statement .As these advocates wanted order by giving there presence only and court too supported them by removing her .She filed W.P. before Karnataka High Court as City Civil Court was not accepting her written statement and PCR on family for harassment ,which was not registered making her do rounds due to which she withdrawn both cases. Her writ(crl) 96/21 dismissed by informing one night before and not sharing link .in …….. April 2021 .She filed TP for OS she had filed . Her security was not letting her to vacate to move to Delhi so as to give letter to President of India on this dismissed writ and initiate passport renewal /visa from Delhi.As soon reached Supreme court of India the clerk started enquiring and filing M.A. (Restoration) by

14

changing title of her letter by forcefully filing when came to know she is applying for passport renewal as well.When she went to file IA about her expire passport details in TP started misbehaving at filing counter to threaten her asking to keep advocate etc .She gave to AOR to withdraw MA, both TPs and AOR did not attend in T.P. after court asked to connect him and he join without withdraw and notice was issued.Her father started crediting amount 20000/ to her account after notice and she gave comp0laint to KG halli police Bangalore .She was called by KSHRC to collect where nagamangala police had given false statements as she had left house by picking quarrel with lies as no harassment happened without disclosing on FIR details with seals of all senior police and she was asked to give her opinion .

2.36 Her M.A. was also dismissed and she gave letter to President of India/ P.M.O/Ti8lak Marg PS. on dismissed M.A. Same day harassment started by Advocates Sachin Pahwa of T.P. by sending e-mails asking date with counter and she gave complaint to SCBA. She filed rejoinder and sent copy to Sachin Pahwa harassment keeping in cc Siddika Ayesha .The Siddika Ayesha troubling asking access even after giving and complaint was given to Tilak Marg Police Station. Advocate Siddika Ayesha continued sending

15

e-mails to her asking access and she gave complaint to Bar Council of India on all these advocates. The clerk started coming with her asking money.

2.37   The next T.P. 836/2021 even before notice Sachin Pahwa entered   lying death of Uncle Shafi Ahmed and cousin Abid Hussain who are alive and her Advocate disconnected VC without asking withdrawal and adjournment was given for 1month without hearing us.The clerk started filing RP (crl) and WP(civ) by pressuring her and she gave to AOR to withdraw and he started saying of attending .

2.38   She went to Bangalore to vacate her house she was harassed by Advocate Javed at Bangalore High Court. When she went to give   physical copy of withdrawal before Karnataka High Court and she vacated her house and shifted to PG near the area as security was creating to trouble to vacate immediately in one week she vacated to PG to shift to Delhi , withdraw  transfer case .The AOR withdrawn WP by informing her last minute and hostel girl was not allowing her to vacate to move to Delhi.She gave letter to Commissioner of Police, Delhi on Advocate Javed S.

16

2.39 She gave to another AOR to withdraw T.P.and he asked court to issue notice .The court mentioned to issue notice without written order to complete serviceas registry was not accepting the service.On next date Siddika Ayesha lied as service not completed without disclosing on order to delay one more week intentionally. Again AOR did not service due to which one week extended and she discharged Advocate did service . Sachin Pahwa lied in court as no service received to delay by not allowing her to say by speaking loudly .He filed a counter .The Clerk disabled her internet connection in Dec/2021due to she had to change her mobile and her e-mail was in accessible .She went to other printout and he took her documents due to which she prepared her rejoinder and he while she was drafting rejoinder sachin pahwa started following near typing pool of Supreme Court of India and she gave complaint to Commissioner of Police Delhi. The clerk started filing W.P. Crl., W.P. Civil along with photocopy person started filing SLP ,W.P. (Crl.) in December 2021.She was asked to clear defect before withdrawing and she went to Bangalore to vacate her PG girl was not allowing to vacate she came back to clear remaining defects and tell in Court.

17

2.40 In Jan 2022, harassment started by AOR Manju Sharma by changing appearances in T.P. and modifying orders and complaint to Tilak Marg Police Station .She was harassed by Fayaz calling from unknown number and complaint given to CJI. She filed W.P. on DCP/assistant registrar, which registry did not accept and she took back and one PIP started pressurizing her to file by changing the party even after showing no interest scolding her, W.P. was filed. In Feb, 2022 she wanted to withdraw WP and it was dismissed and her passport appointment was canceled on same day.She went to Nepal to stay and next day went to vacate PG again the girl was not letting her to vacate this continued till Aug 2022 and on each date she came to attend in SCI for W.P. to withdraw and in March, she was told of imposing cost by Court.She filed letter to cji and pcr on judiciary and was withdrawn by court . On April, 2022 WP were dismissed without allowing to mention on withdraw .She was harassed by fayaz, calling, khaleel sending FB request and ia filed in TP with wp filed on them at SCI.She was forced by advocates in canteen to file PCR which court withdrawn by forcing by taking statement and when she went to enquire at counter of PIP. The PIP pressuring to file WP(crl) on Delhi high court at SCI even after decline no.She was called by chandani in evening and she took fresh appointment for

passport renewal which she got on May and she applied for Visa before travelling Nepal.

2.41 She was harassed by adv Shilpa sharad at city civil court Bangalore and complaint was given to tilak marg PS, new Delhi .Followed by her cousin Irfan near her pg, uncle ilyas/tabassum ara sending request at Instagram, uncle samiullah calling at 10pm who was declared dead by her mother and complaint given to cyber crime.She filed filed lettes in TP, sent petition to USA ohio district court where she had applied before reaching SCI on harassment, NY western district court where she had applied for new visa (2023 date of appointment) from travel agent, he started pressurizing after enquiring on posts of court.She was followed by uncle shafi ahmed , mahaboob pasha, rasheeda mujahid , basheer ahmed on date of appointment for uk .Then cousin bushra .Travell agent started troubling sending messages on watsapp , pressurizing on Dubai which he applied visa and she was not allowed to vacate her PG.

2.42 On her way to Airport at Bangalore she was followed by her brother Perveez Hussain, Yasmin Sultana, Sharfunnisa. There she was threatened by her relatives Ilyas by calling to Hotel reception

19

to book room and following outside and she gave complaint to Dubai Police by mail us her travel agent created trouble in getting her currency conversion asking to get from his brother at Dubai. And she was called to room extension by uncle lying as travel agent from India she gave complaint to Dubai Police. She was harassed at Dubai airport while she was travelling back by unknown person, sadiya, as her travel agent pressuring her .At Delhi same stranger came behind her and letter was given to CJI .She was contacted to hotel and petitions was sent to NY district court.

2.30 At Bangalore she was followed by her uncle shafi ahmed near pg, mahaboob pasha and shadab while n way to Delhi when she went to file ia in tp on this.She file ia in TP and aor manju sharma started overloading her mail to decline and she filed ia on this.AOr majun sharma kept harassing by filing IA by giving her wrong email to court as service proof and ia filed on her lies and harassment complaint to DCP, Delhi.She was harassed by aor adil near juice shop, siddika ayesha following at canteen with her daughter, and the subsequent day followed by sachin pahwa outside court and complaint given to Delhi commissioner of police in july 2022.The travel agent started troubling when she went t

commissioner of police.Father at park at hbr , mizba on way and complaint given o Bangalore commissioner of police. She was followed by aunt rasheeda daughter in law Rubina and complaint given to Bangalore commissioner of police. Stalked online by sumaiay on uk ms event and complaint given to tilak marg ps , Delhi while she came to apply uk visa who was harassing intentionally to gain orders illegally on false grounds of attempt to murder from Bangalore court.And she resigned optm asking to serve 2 months notice as wfh and company declined pressuring to buy notice asking documents of travel etc .She was harassed by manju sharma, sachin pahwa standing behind her at SCI when she went to withdraw curative and she gave complaint to Delhi commissioner of police .Harassment increased by adil following outside court and letter given to cji.She was threatened by optm of taking legal action to impact career / travel abroad and siddika ayesha following.

3. This court having jurisdiction as her brother left to USA during her divorce. After his marriage stopped her from travelling to USA by financial loss by university counselor as well all people and uncle travelled to USA during Aug.

### Prayer

For the reason stated and those that may be urged at the time of hearing .It is most respectfully prayed that this hpon'ble court be please to:

1 Grant permanent injunction .

2.Impose cost of 1Cr,  for loss incurre due to them .On lawyer (1.5lak), rented house( 1.5lakh), emc buy out ( 3.5lak) , ohio fees1.45 lak), ( builder (39lak), tech Mahindra buy out( 2.5lakh), advocates ( 5laks) ,Pf ( 60000), fd(60,0000), cientra buyout(5lakh), jewels ( 10lakh) ,and career impact..

3. to pass such other writ , order, direction as is deem fit and proper in the premises of the case, which is not specifically prayed for herein above.

Date :30.12.22

Noor Ayesha nh

FedEx

ORIGIN ID:BLRA  42228668
NOOR AYESHA NAGAMANGALA HUSSAIN
NOOR AYESHA NAGAMANGALA HUSSAIN
NH 43, 8TH CROSS 4TH MAIN BRINDAVAN
NAGAR HBR BDA COMPLEX HBR BANGLORE
BENGALURU, KA 560043
IN

SHIP DATE: 30DEC22
ACTWGT: 0.50 KG
CAD: 252208787/WSXI3700

BILL SENDER

Part # 156148-43R RIT EXP 11/19

TO OFFICE OF CLERK
OFFICE OF CLERK
WALTER H. RICE FEDERAL BLDG AND U.S
COURTHOUSE ROOM 712 200W.2ND STR
OHIO/DAYTON OH 45402                    (US)
(937) 512-1400
INV: 021              REF: PGL043-1149843
PO: 30122022                DEPT: CS4/ASP/NGST/301222



FedEx
Express

E

XN
U.S. MARS...

4:30P
IP EOD

TRK#
0430   3928 4943 5177

FedEx.

TRK#
0430   3928 4943 5177

XN DAYA

4:30P
IP EOD

45402
OH-US
DAY



5228783 04Jan 03:08 MEMH  547C5/C8CF/A17C

ORIGIN ID:BLRA  42228668
NCOR AYESHA NAGAMANGALA
NCOR AYESHA NAGAMANGALA
NH 43, 8TH CROSS 4TH MAIN B
NAGAR HBR BDA COMPLEX HB
BENGALURU, KA 560043
IN

TO OFFICE OF CLERK
OFFICE OF CLERK
WALTER H. RICE FEDER
COURTHOUSE ROOM 71
OHIO/DAYTON, OH 45
US



TRK# 3928 4943 5177

4:30P
IP EOD
REF: PGL043-1149843
DESC1: Documents ONLY
DESC2:
DESC3:
DESC4:

CTRY/TERR MFR: IN
CARRIAGE VALUE: 0.00 INR
CUSTOMS VALUE: 200.00 INR

For all commodities, technology or software previously...
United States, they were exported in accordance with the E...
Regulations. Diversion of these items contrary to U.S...
applicable country's law is prohibited.
The Montreal or Warsaw Convention may apply and w...
cases limit a liability of Federal Express for loss or de...
damage to your shipment. Subject to the conditions of t...
contract on the reverse.

FEDEX AWB COPY - PLEASE PL

To,

The

Office of the Clerk
Walter H. Rice Federal Building
and U.S. Courthouse
Room 712
200 W. Second Street
Dayton, Ohio 45402

Phone: 937-512-1400

United States

