AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Noor Ayesha NH, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-5 |
| Ahmed Hussain NH, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the R&R (Doc. 2) is adopted to the extent that it recommends dismissing for lack of jurisdiction. The Court will dismiss the Complaint (Doc. 1) without prejudice to refiling in a court of competent jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 6/20/23

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*